934

.No. 488. In re Local 825, International Union of Operating Engineers, et al. C. A. 3d Cir. Certiorari denied. Mr. Justice Black and Mr. Justice Douglas are of the opinion that certiorari should be granted. *Thomas E. Durkin, Jr.,* and *Louis R. Cerefice* for petitioners. *Solicitor General Cox, Arnold Ordman, Domi-.* *nick L. Manoli* and *Norton J. Come* filed a memorandum for the National Labor Relations Board.

No. 494. Brotherhood of Railroad Trainmen et al. *v.* Louisville & Nashville Railroad Co. C. A. 5th Cir. Certiorari denied. Mr. Justice Black is of the opinion that certiorari should be granted. *Al G. Rives* for petitioners. *James A. Simpson, W. L. Grubbs, Joseph L. Lenihan, H. G. Breetz* and *M. D. Jones* for respondent.

No. 505. Warden, Maryland Penitentiary *v.* Ruckle. Motion of respondent for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied. *Thomas B. Finan,* Attorney General of Maryland, and *John W. Sause, Jr.,* Assistant Attorney General, for petitioner. Respondent *pro se.*

No. 141, Misc. Benson *v.* Eyman, Warden. Supreme Court of Arizona. Certiorari denied. Petitioner *pro se. Robert W. Pickrell,* Attorney General of Arizona, and *Jerry L. Stahnke,* Assistant Attorney General, for respondent.

No. 123, Misc. McQuaid *v.* United States. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.